# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00114-WMR-CCB
## USA v. Okang et al
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 07/16/2021.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:57 A.M.
TIME IN COURT: 00:27
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: James Jarvis

| | |
|---|---|
| DEFENDANT(S): | [7]Afeez Olaide Adeniran Present at proceedings |
| ATTORNEY(S) PRESENT: | Holly Pierson representing Afeez Olaide Adeniran |
| PROCEEDING CATEGORY: | Attorney Appointment Hearing |
| MOTIONS RULED ON: | DFT#7-[544]Motion to Appoint Counsel **DENIED** |
| MINUTE TEXT: | The Court held a hearing to address Defendant's motion for appointment of new counsel. The Court **DENIED** Defendant's motion. |