# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cr-00114-WMR-CCB**
**USA v. Okang et al**
**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Open Court on 01/28/2022.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 11:15 A.M.     COURT REPORTER: Penny Coudriet
TIME IN COURT: 1:40     DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [5]Desire Elorm Tamakloe Present at proceedings<br>[7]Afeez Olaide Adeniran Present at proceedings<br>[14]Monique Wheeler Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA<br>Bruce Harvey representing Afeez Olaide Adeniran<br>Meghan Jones representing Desire Elorm Tamakloe<br>John Phillips representing USA<br>Leigh Webster representing Monique Wheeler |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#5-[640]Motion to Continue DENIED<br>DFT#7-[645]Motion to Continue DENIED |
| MINUTE TEXT: | The Court discussed multi-defendant trial logistics in light of Covid-19 and said there would not be any until after March 2022. The Court will not bring in more than 4 defendants at a time. The Court heard from counsel. There are no Bruton issues for discussion at this time. The Court takes the motions to sever under advisement. The government is directed to initiate and discuss with Defendants, before the end of March, which groups of defendants it intends to try together, and the Court would tentatively start trials in May 2022. |
| HEARING STATUS: | Hearing Concluded |