# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00114-WMR-CCB
## USA v. Okang et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 10/06/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:00 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Sherri Lundy

| | |
|---|---|
| DEFENDANT(S): | [7]Afeez Olaide Adeniran Present at proceedings |
| ATTORNEY(S) PRESENT: | Bruce Harvey representing Afeez Olaide Adeniran<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Consent Preliminary Order of Forfeiture |
| MINUTE TEXT: | Court heard argument as to sentencing time, Defendant allocuted, Defendant sentenced as to Count 1 of the Criminal Indictment and advised of appeal rights. See Judgment and Commitment for sentence. Defendant remained in custody of USM. |
| HEARING STATUS: | Hearing Concluded |